W. G. DURRANCE, as Tax Collector of Wakulla County, v. FRED P. CONE, Governor; J. M. LEE, Comptroller; W. V. KNOTT, Treasurer; GEORGE COUPER GIBBS, Attorney General, and NATHAN MAYO, Commissioner of Agriculture, as Trustees of the Internal Improvement Fund.

197 So. 538

En Banc

Opinion Filed August 2, 1940

*William Blount Myers,* for Petitioner;

*George Couper Gibbs,* Attorney General, and *John L. Graham,* Assistant Attorney General, for Respondents.

PER CURIAM.—The application for interlocutory writ of certiorari is denied on the authority of County of Wakulla v. Cone, this day filed.

TERRELL, C. J., and WHITFIELD, BROWN, CHAPMAN and THOMAS, J. J., concur.

Justice BUFORD not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.